No. 529. THE PEOPLE *v.* HERNÁNDEZ.—Appeal from the District Court of San Juan, Section 2. Decided February 21, 1913. Judgment appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 536. THE PEOPLE *v.* LÓPEZ.—Appeal from the District Court of Humacao. Decided February 27, 1913. Judgment appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 537. THE PEOPLE *v.* RAMOS.—Appeal from the District Court of Humacao. Decided February 27, 1913. Judgment appealed from affirmed. *Mr. Charles E. Foote, fiscal,* for The People. The appellant did not appear.

---

No. 956. PAGÁN *v.* COLÓN.—Appeal from the District Court of Guayama. Motion to dismiss appeal. Decided March 3, 1913. Appeal dismissed for noncompliance with paragraph 1 of section 295 of the Code of Civil Procedure as amended by Act of March 11, 1908, in connection with Act No. 70 of March 9, 1911. *Mr. Manuel A. Rivera* for the mover. The appellant did not appear.

---

No. 347. EX PARTE BENÍTEZ, PETITIONER.—Petition for the approval of notarial surety bond No. 2226 executed by the National Surety Company. Decided March 5, 1913. Bond approved. The petitioner appeared *pro se.*